USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JORGE PARRA,

                Defendant.

No. 13-cr-784 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the attached letter from Defendant Jorge Parra, which it construes as a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. Mr. Parra requests, among other things, that the Federal Defenders of New York be appointed to represent him in connection with this motion. No later than Wednesday, July 1, 2020, the Federal Defenders shall notify the Court of whether they are willing to represent Mr. Parra in connection with this motion.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Parra.

SO ORDERED.

Dated:    June 29, 2020
             New York, New York

Ronnie Abrams
United States District Judge

Jorge Parra
68645-054
F.C.I Schuylkill
P.O. Box 759
Minersville P.A 17954-0759

June 4, 2020

Honorable R. Abrams,
United States District Court
Southern District Court
500 Pearl Street
New York, N.Y 10007

Re: United States v Jorge Parra
Case# 13CR784(RA)

Dear Judge Abrams

I am writing to you in concern of health and current worldwide covid-19 pandemic. Recently I applied for Compassionate Release with Warden here at Schuylkill F.C.I based on numerous chronic medical conditions. The Warden has denied my request on 4/23/20 but I recieved the copy of his response on 5/28/2020.

On Aug 17, 2019 while working for the prison electrical dept. I was in the prison messhall working on overhead lights in the drop ceiling. The officer in charge negelected to turn the main power source off. As a result I was electrocuted with over 277 volts for a period exceeding 5 seconds. If it was not for an inmate who heard me what he states "strange noises" and "screaming" noticed I was stuck to the electrical line and my body convulsing violently I would be dead today. That inmate kicked the scaffold out from under causing me to fall on my knees along with the lighting fixture parts of the drop ceiling and the live energized wire continuing to stay making contact with parts of my head and body until I fell out of it's reach. The entire time several officers just stood watching making no attempt to take action. This entire incident took place

on it's security cameras. I suffered 2nd degree burns to my hands, an eye wound on my right index finger, abrasion and cuts to my knees from the fall, cuts to my hips and face and numerous neurological issues. The prison has done little to nothing for me despite my constant complaints. I've even been seeing the facility mental health dept because of my constant migraines and vivid dreams of me dying. It was the negligence of the officer in charge that failed to follow proper lock out tag out procedure from the main power source prior to instructing me to work on the lighting fixtures.

In addition I suffer from numerous medical conditions that include Asthma, Sleep Apnea, Obesity, high blood pressure amongst others that are documented in my medical records. These medical conditions put me at a high risk of complication if I was to contract the Covid-19 virus.

Since March of this year FCI Schuylkill has been on a modified lockdown due to the Corona virus. I am permitted less than 2 hrs out of my cell per day. This time is to shower, use phone for 10 minutes and email my family. I have no time to research, prepare a motion nor is there anyone trained in the law to assist me. The prison currently reports no cases of Covid-19 with staff or inmates. However they are not testing anyone. It is impossible to social distance. I come in contact with staff numerous times throughout the course of the day and many fail to follow proper safety measures by using a mask. Not to mention that I have a cell mate. The staff handles the 3 meals delivered to me, they handle my laundry, commissary, mail, newspaper and my medication. Inmates can only contract the virus through staff. When staff arrive at the facility they take their temperature. As you are aware a person can be infected and show no symptoms for up to 2 weeks. You are also aware of the spread of the virus once it has gotten into a correctional facility. Many inmates have died. Your honor can view multiple videos recently posted on line that depicts inmates dying of the coronavirus and others showing the dangerous conditions are once it spreads in the system.

https://www.cleveland.com/coronavirus/2020/04/inmate-in-Ohio-Federal-prison-where-coronavirus-outbreak-has-killed-three-records-video-on-smuggled-cellphone-they-literally-leaving-us-in-here-to-die.html

https://www.cnn.com/videos/health/2020/04/06/Alabama-prison-coronavirus-tapper-lead-pkg-vpx.cnn

These videos will show you how the prison system is ill equipped to handle a Covid-19 outbreak.

You can view the effects Covid-19 has been having on the prison system by viewing www.bop.gov/coronavirus/index.jsp.

To date, over 600 have died in this countries state and federal prison system it is imperative that this court consider appointing me an attorney to protect my health and constitutional rights.

I am 49 yrs old and with the conditions I am suffering there is a high risk if I contract the virus it will result in death. As you have heard the lack of treatment I recieved after being electrocuted. If I contract Covid-19 this probation violation I am serving will have become a death sentence. The prison medical staff is not trained nor prepared to deal with this type of pandemic.

Wherefore in the interest of justice, I urge this honorable court to appoint counsel from the Federal Defenders of New York to represent me.

Thank you for your time and consideration

Respectfully yours

Jorge Parra
68645-054
FCI Schuylkill