| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 6-29-20 |

UNITED STATES OF AMERICA,

v.

JORGE PARRA,

                Defendant.

No. 13-cr-784 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court has received a letter from Defendant Jorge Parra, which it construes as a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. Mr. Parra has also requested that the Federal Defenders of New York be appointed to represent him in connection with this motion, which it has agreed to do. Federal Defenders shall thus supplement Mr. Parra's motion as soon as possible, or file a letter indicating that it does not intend to do so.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Parra.

SO ORDERED.

Dated:    June 29, 2020
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge