USDC-SDNY
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: 7/2/2020**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JORGE PARRA,

Defendant.

No. 13-cr-784 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than 5:00 p.m. on Thursday, July 9, 2020, the Bureau of Prisons ("BOP") and FCI Schulykill shall release to Mr. Parra's counsel and to the Government Mr. Parra's medical records, educational records, and re-entry records from the time he entered into BOP custody to the present.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Parra.

SO ORDERED.

Dated:    July 2, 2020
          New York, New York

_____
Ronnie Abrams
United States District Judge