UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7-17-20

UNITED STATES OF AMERICA,

v.

JORGE PARRA,

          Defendant.

No. 13-cr-784 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Defendant Jorge Parra's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. *See* Dkt. 45. No later than 5:00 p.m. on Wednesday, July 22, 2020, the Government shall advise the Court of whether it has any objection to this request and, if so, provide the basis for that objection.

SO ORDERED.

Dated:    July 17, 2020
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge