USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JORGE PARRA,

Defendant.

No. 13-CR-784 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of a letter from Mr. Parra, which will be provided to the Government via email. The Government is directed to speak with the Bureau of Prisons regarding the letter and to respond by July 9, 2021.

SO ORDERED.

Dated:   June 25, 2021
         New York, New York

Ronnie Abrams
United States District Judge