UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JORGE PARRA,

           Defendant.

No. 13-CR-784 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of a letter from Mr. Parra dated August 5, 2021 (ECF 54), which notes that he did not receive the Government's July 8, 2021 letter referenced in the Court's previous order, notwithstanding that the Government mailed him a copy. Mr. Parra also requests copies of documents he previously submitted to the court in connection with his most recent complaints regarding prison conditions and administration. The Court will mail Mr. Parra a copy of this order, along with the following attachments:

(1) A copy of the Court's July 20, 2021 order (ECF 53).

(2) A copy of the Government's July 8, 2021 letter.

(3) A copy of the Court's June 25, 2021 order (ECF 52), which references Mr. Parra's May 31, 2021 letter.

(4) A copy of Mr. Parra's May 31, 2021 letter and the documents it enclosed.

SO ORDERED.

Dated:   August 24, 2021
           New York, New York

_____
Ronnie Abrams
United States District Judge